**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

*In Re: Ethicon Inc., Pelvic Repair System Products Liability Litigation
MDL No. 2327*

**Civil Action No.** 2:14-cv-28620

_____

**SHORT FORM COMPLAINT**

Come now the Plaintiff(s) named below, and for their Complaint against the Defendants

named below, incorporate The First Amended Master Complaint in MDL No. 2327 by reference.

Plaintiff(s) further show the court as follows:

1.  Female Plaintiff

    Janet Burgoyne_____

2.  Plaintiff's Spouse (if applicable)

    Danny Burgoyne_____

3.  Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator)

    _____

4.  State of Residence

    West Virginia_____

5.  District Court and Division in which venue would be proper absent direct filing.

    US District Court for the Northern District of West Virginia – Clarksburg Division

    _____

6.  Defendants (Check Defendants against whom Complaint is made):

    X       A.  Ethicon, Inc.

    X       B.  Johnson & Johnson

Revised: 5/28/14

☐   C.  American Medical Systems, Inc. ("AMS")

☐   D.  Boston Scientific Corporation

☐   E.  C. R. Bard, Inc. ("Bard")

☐   F.  Sofradim Production SAS ("Sofradim")

☐   G.  Tissue Science Laboratories Limited ("TSL")

☐   H.  Mentor Worldwide LLC

☐   I.  Coloplast Corp.

☐   J.  Cook Incorporated

☐   K.  Cook Biotech, Inc.

☐   L.  Cook Medical, Inc.

☐   M.  Desarrollo e Investigación Médica Aragonesa, S.L. ("DIMA")

☐   N.  Neomedic International, S.L.

☐   O.  Neomedic Inc.

☐   P.  Specialities Remeex International, S.L.

7.  Basis of Jurisdiction

    X       Diversity of Citizenship

    ☐       Other:  _____

    A.  Paragraphs in Master Complaint upon which venue and jurisdiction lie:

        1-8_____

        _____

        _____

B. Other allegations of jurisdiction and venue:

_____

_____

_____

_____

8.   Defendants' products implanted in Plaintiff  (Check products implanted in Plaintiff)

☐      Prolift

☐      Prolift +M

☐      Gynemesh/Gynemesh PS

☐      Prosima

X      TVT

☐      TVT-Obturator (TVT-O)

☐      TVT-SECUR (TVT-S)

☐      TVT-Exact

☐      TVT-Abbrevo

☐      Other

_____

_____

9.   Defendants' Products about which Plaintiff is making a claim.  (Check applicable products):

☐      Prolift

☐      Prolift +M

☐      Gynemesh/Gynemesh PS

☐      Prosima

X      TVT

☐     TVT-Obturator (TVT-O)

☐     TVT-SECUR (TVT-S)

☐     TVT-Exact

☐     TVT-Abbrevo

☐     Other

_____

_____

10. Date of Implantation as to Each Product:

4/19/2010 _____

_____

_____

11. Hospital(s) where Plaintiff was implanted (including City and State):

WVU Hospital, Morgantown, WV \_\_\_

_____

12. Implanting Surgeon(s):

Dr. Eddie Sze _____

_____

13. Counts in the Master Complaint brought by Plaintiff(s):

X     Count I – Negligence

X     Count II – Strict Liability – Manufacturing Defect

X     Count III – Strict Liability – Failure to Warn

X     Count IV – Strict Liability – Defective Product

X         Count V – Strict Liability – Design Defect

X         Count VI – Common Law Fraud

X         Count VII – Fraudulent Concealment

X         Count VIII – Constructive Fraud

X         Count IX – Negligent Misrepresentation

X         Count X – Negligent Infliction of Emotional Distress

X         Count XI – Breach of Express Warranty

X         Count XII – Breach of Implied Warranty

X         Count XIII – Violation of Consumer Protection Laws

X         Count XIV – Gross Negligence

X         Count XV – Unjust Enrichment

X         Count XVI – Loss of Consortium

X         Count XVII – Punitive Damages

X         Count XVIII – Discovery Rule and Tolling

☐         Other Count(s) (Please state factual and legal basis for other claims below):

_____

_____

_____

_____

Address, phone number, email address and bar
information:

/s/ Jackqualyn Quinton

Attorneys for Plaintiff

Jackqualyn Quinton OBA#22439

Tony Edwards OBA#2649

Edwards Law Firm

8282 S. Memorial, Suite #100

Tulsa, Oklahoma 74133

(918)302-3700 Phone

(918)615-3558 Facsimile

Email: jquinton@edwardslawok.com

Attorney(s) for Plaintiff